# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**FAVIAN LAYTON VARGAS,**

        **Petitioner,**

v.                                            Case No. 25-3155-JWL

**KRISTI NOEM, PETE R. FLORES, RICARDO WONG and C. CARTER,**

        **Respondents.**

## JUDGMENT IN A CIVIL CASE

**( )**   **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(x)**   **DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the petition for habeas corpus pursuant to 28 U.S.C. § 2241 is granted.

Entered on the docket 09/29/25

**Dated: September 29, 2025**          **SKYLER B. O'HARA**
                                                    **CLERK OF THE DISTRICT COURT**

                                                    **s/S. Nielsen-Davis**
                                                    **Deputy Clerk**